Anthony I. Paronich
Email: anthony@broderick-law.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (508) 221-1510

*Attorneys for Plaintiff Robert Bernstein
and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT BERNSTEIN, individually
and on behalf of all others ,

        Plaintiff,

v.

SOUTHERN CALIFORNIA
TELEPHONE COMPANY,

        Defendant.

Case No. 5:19-cv-01888-JGB-SP

**STIPULATION OF DISMISSAL**

Judge:   Hon. Jesus G. Bernal

Complaint Filed: October 2, 2019

The plaintiff files this stipulation of dismissal with prejudice pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. None of the

rights of any putative class members, other than the plaintiff have been released or

are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED on September 1, 2020.

By: */s/ Anthony I. Paronich*

- 2 -

STIPULATION OF DISMISSAL
*Bernstein v. Southern California Telephone Company*, Case No. 5:19-cv-01888-JGB-SP

1

2

3

4

5

Anthony I. Paronich, *Pro Hac Vice*
anthony@bparonichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

6

7

8

ATKINSON, ANDELSON, LOYA, RUUD &
ROMO

9

By:   */s/ David M. Lester*

10

William M. Betley
David M. Lester

11

Attorneys for Defendant SOUTHERN
CALIFORNIA TELEPHONE COMPANY

12

### CERTIFICATE OF SERVICE

13

14

15

16

I, Anthony I. Paronich, hereby certify that on September 1, 2020, I served the foregoing on counsel of record for the Defendant through the Court's CM/ECF System.

17

18

By:  */s/ Anthony I. Paronich*
Anthony I. Paronich

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
*Bernstein v. Southern California Telephone Company*, Case No. 5:19-cv-01888-JGB-SP

013837.00013
29168493.1